

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00531-CV

**IN THE INTEREST OF R.V.M.**, N.M., M.B.R.C., R.A.R.C., and S.R.R.C.

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01410
Honorable Charles Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 21, 2015.

_____
Luz Elena D. Chapa, Justice